**Dismissed and Opinion Filed September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01087-CR
No. 05-15-01088-CR

**TIMMY WAYNE HOLDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-31100-I, F15-30328-I**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Francis

Timmy Holder was convicted on his negotiated guilty pleas of two offenses of felony assault involving family violence. In cause no. 05-15-01088-CR, appellant also pleaded true to one enhancement paragraph alleging a prior felony conviction. The trial court followed the plea agreements and sentenced appellant to imprisonment for four years in each case. Appellant waived his right to appeal the cases as part of the plea agreements, and the trial court has certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000).

We dismiss the appeals for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47
151087F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TIMMY WAYNE HOLDER, Appellant

No. 05-15-01087-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F14-31100-I.
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 14, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TIMMY WAYNE HOLDER, Appellant

No. 05-15-01088-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F15-30328-I.
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 14, 2015.